UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>CHRISTOPHER JAMES CASS and<br>LORETTA AUTUMN CASS,<br><br>Debtors. | CHAPTER 7<br>CASE NO. 11-13737-BAH<br><br>Hearing Date:  August 7, 2013<br>Hearing Time:  9:00 a.m. |

## ORDER ON THE CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM

At Manchester in said district, the Chapter 7 Trustee's Objection to Claim having been brought before me, due notice having been given and good cause appearing to me therefore, it is hereby ORDERED that:

1. The claim of Discover Bank identified as Claim No. 1 on the Claims Register is allowed as a general unsecured claim in the amount of $261.25.

2. The claim of GE Capital Retail Bank identified as Claim No. 2 on the Claims Register is allowed as a general unsecured claim in the amount of $350.39.

3. The claim of Capital One, N.A. identified as Claim No. 3 on the Claims Register is allowed as a general unsecured claim in the amount of $758.79.

4. The claim of Triangle Credit Union identified as Claim No. 4-2 on the Claims Register is disallowed in its entirety.

5. The claim of First National Bank of Omaha identified as Claim No. 5 on the Claims Register is allowed as a general unsecured claim in the amount of $943.15.

6. The claim of Ocwen Loan Servicing identified as Claim No. 6 on the Claims Register is disallowed for distribution purposes.

7. The claim of Portfolio Recovery Associates, LLC identified as Claim No. 7 on the Claims Register is allowed as a general unsecured claim in the amount of $544.44.

8. The claim of the Back Bowl I, LLC Series C identified as Claim No. 8 on the Claims Register is allowed as a general unsecured claim in the amount of $447.53.

4659875v1

9. The claim of Oak Harbor Capital III, LLC identified as <u>Claim No. 9</u> on the Claims Register is allowed as a general unsecured claim in the amount of $4,731.63.

10. The claim of Back Bowl I, LLC Series C identified as <u>Claim No. 10</u> on the Claims Register is allowed as a general unsecured claim in the amount of $13,172.72.

11. The claim of Portfolio Recovery Associates, LLC identified as <u>Claim No. 11</u> on the Claims Register is allowed as a general unsecured claim in the amount of $2,092.09.

12. The claim of HSBC Bank Nevada, N.A. identified as <u>Claim No. 12</u> on the Claims Register is allowed as a general unsecured claim in the amount of $2,692.95.

13. The claim of Triangle Credit Union identified as <u>Claim No. 15</u> on the Claims Register is disallowed for distribution purposes.

ENTERED AS AN ORDER OF THE COURT

August 07, 2013
_____

/s/ Bruce A. Harwood
_____
HONORABLE BRUCE A. HARWOOD
UNITED STATES BANKRUPTCY COURT